ANDRÉ BIROTTE JR
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (CA SBN 240763)
Assistant United States Attorney
Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, California 90012

ALLYSON B. BAKER
D.C. Bar No. 478073
SEAN M. GREEN
VA Bar No. 73560
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8031
Facsimile: (202) 514-6770

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 10-6341 |
| WILLIAM W. ALEXANDER, RETIREMENT PLAN SERVICES, INC., and LYONS PENSIONS, INC. | ) | |
| Defendant. | ) | |

**ACKNOWLEDGMENT AND WAIVER OF SERVICE**

I, George Kelesis, acting as attorney for William W. Alexander; Retirement Plan

Services, Inc.; and Lyons Pensions, Inc. (collectively, "Defendants") acknowledge receipt of

service of the attached summons, complaint, and Initial Order Following Filing of Complaint

Assigned to Judge Matz ("Initial Order") on behalf of Defendants and affirm acceptance of such

service as valid and binding upon Defendants as if served in accordance with Rule 4 of the

Federal Rules of Civil Procedure.  I waive any right Defendants may have under Rule 4 to require service of the attached summons, complaint, and Initial Order by any other means.

DATED: November 4, 2010

_____
George Kelesis
BAILUS, COOK & KELESIS
400 South Fourth Street, Suite 300
Las Vegas, NV 8901
(702) 737-7702

Attorney for Defendants

- 2 -