GEORGE P. KELESIS
Nevada Bar No. 000069
BAILUS COOK & KELESIS, LTD.
400 South Fourth Street, #300
Las Vegas, Nevada 89101
Telephone:        (702) 737-7702
Facsimile:         (702) 737-7712
E-mail:     law@bckltd.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | Civil Case No. 10-CV-6341 |
|---|---|
| Plaintiff, | |
| v. | Stipulation for Extension of Time to Respond to Complaint |
| WILLIAM W. ALEXANDER, RETIREMENT PLAN SERVICES, INC., and LYONS PENSIONS, INC., | |
| Defendants. | |

Plaintiff the United States of America and Defendants William Alexander, Retirement Plan Services, Inc. and Lyons Pensions, Inc. (collectively, "Defendants") stipulate and agree as follows:

1. The United States has filed a complaint for permanent injunction and other relief under 26 U.S.C. §§ 7407, 7408 and 7402(a) against Defendants.

2. Service on all Defendants was effected on November 4, 2010 via an acceptance of service by Defendant's counsel.

3. The parties have agreed to the entry of a stipulated preliminary injunction that the parties may agree to extend into a permanent injunction, thereby obviating the need for Defendants to respond to the Complaint. (Dkt. No. 9).

4. The parties sought and received a prior Order extending the time for Defendants to file and serve responsive pleadings until February 22, 2011 to allow

1  the parties time to attempt resolution of the matter. (Dkt. No. 10)

2      5.    Counsel for Defendants needs additional time to determine if he can
3  stipulate to entry of a permanent injunction.

4      6.    The parties have agreed, subject to court approval, that Defendants
5  may have an additional two week period, through March 8, 2011 to file responsive
6  pleadings, subject to the terms and conditions set forth in the Stipulation and
7  Stipulated Order for Preliminary Injunction previously filed with the court.

8      7.    If Defendants do not file and serve an answer or other responsive
9  pleading on or before March 8, 2011, counsel for the parties will meet and confer
10 within ten (10) days and prepare a stipulation for the entry of a permanent
11 injunction to be filed with the Court.

12 Dated:   February 23, 2011.           Consented to and submitted by:

13                                       ANDRÉ BIROTTE JR
                                         United States Attorney

16                                         /s/ Sean M. Green
                                         SEAN M. GREEN
                                         D.C. Bar No. 978858
17                                       ALLYSON B. BAKER
                                         D.C. Bar No.  478073
18                                       Trial Attorneys, Tax Division
                                         U.S. Department of Justice
19                                       Post Office Box 7238
                                         Ben Franklin Station
20                                       Washington, D.C. 20044
                                         Telephone: (202) 353-8031
21                                       Facsimile:  (202) 514-6770
                                         *Attorneys for the United States*

23                                       BAILUS, COOK, & KELESIS

25                                         /s/ George P. Kelesis
                                         GEORGE KELESIS
                                         Nevada Bar No.  00069
26                                       400 S. Fourth St., Suite 300
                                         Third Floor
27                                       Las Vegas, NV 89101
                                         *Attorney for Defendants*